**Opinion issued April 20, 2017**



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-17-00225-CR

_____

### IN RE JOHN PRINCE, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, John Prince, has filed a petition for a writ of mandamus seeking to compel the respondent trial judge to rule on his pending pro se "Motion for Nunc Pro Tunc and Order" filed in his underlying criminal proceeding.[1]

---

[1] The underlying case is *The State of Texas v. John Prince*, Cause No. 750376, pending in the 230th District Court, Harris County, Texas, the Honorable Brad Hart presiding. Relator's pro se notice of appeal of the district clerk's memo response to this motion was assigned to appellate cause number 01-17-00200-CR.

We deny the petition for a writ of mandamus.  *See* TEX. R. APP. P. 52.8(a), (d).

## PER CURIAM

Panel consists of Justices Keyes, Bland, Huddle.

Do not publish.  TEX. R. APP. P. 47.2(b).